MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TAMI D. COWDEN, ESQ.
Nevada Bar No. 8994
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com; cowdent@gtlaw.com

*Attorneys for Defendants SHAC, LLC; SHAC MT, LLC;*
*Peter Feinstein; and David Michael Talla*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHAC, LLC DBA SAPPHIRE [SIC] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA, and PETER FEINSTEIN*;*<br><br>Defendants. | Case No.: 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Corissa Jones, by and through her counsel of record, Krista N. Albregts, of the law firm of Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson, and Defendants SHAC, LLC, SHAC MT, LLC (collectively "SHAC"), David Michael Talla, and Peter Feinstein, by and through their counsel of record, the law firm of Greenberg Traurig, LLP, that the deadline for Defendants to file a response to the Motion to Dismiss Counterclaims filed by Plaintiff [DOC 24] be extended to November 25, 2015.

This request is made in good faith at this time and is not made simply to delay the proceedings. No previous request for an extension of time for this deadline has been made.

/ / /

DATED this /2 th day of November, 2015.

| GREENBERG TRAURIG, LLP | HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON |
|---|---|
| By /s/ [signature] | By [signature] |
| Tami D. Cowden, Esq.<br>Nevada Bar No. 8994<br>3773 Howard Hughes Pkwy., Ste. 400N<br>Las Vegas, Nevada 89169 | Krista N. Albregts<br>Nevada Bar No. 13301<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

IT IS SO ORDERED this 17th day of November, 2015:

[signature]

RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ [signature]
TAMI D. COWDEN, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 792-3773
FACSIMILE: (702) 792-9002

LV 420569568v1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on November 12, 2015, a copy of the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

| | |
|---|---|
| Jeffrey R. Albregts<br>Krista N. Albregts<br>HOLLEY, DRIGGS, WALCH, FINE,<br>WRAY, PUZEY & THOMPSON<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV  89101<br>jalbregts@nevadafirm.com<br>kalbregts@nevadafirm.com<br>*Counsel for Plaintiffs* | David W. Hodges<br>KENNEDY HODGES, LLP<br>711 W. Alabama Street<br>Houston, TX  77006<br>dhodges@kennedyhodges.com<br>*Counsel for Plaintiffs* |

DATED this 12th day of November, 2015.

/s/ Shayna Noyce
An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420569568v1