MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TAMI D. COWDEN, ESQ.
Nevada Bar No. 8994
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com; cowdent@gtlaw.com

*Attorneys for Defendants SHAC, LLC; SHAC MT, LLC; Peter Feinstein; David M. Talla*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHAC, LLC DBA SAPPHIRE [SIC] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA; and PETER FEINSTEIN,<br><br>Defendants. | Case No.: 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION TO STAY ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSION**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Corissa Jones, on behalf of herself and on behalf of all others similarly situated, by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants SHAC, LLC; SHAC MT, LLC (collectively "SHAC"); Michael David Talla; and Peter Feinstein, by and through their counsel of record, the law firm of Greenberg Traurig, LLP, that all proceedings and deadlines in this matter be stayed for 90 days pending settlement discussions between the parties.

1

1    This request is made in good faith at this time and is not made simply to delay the
2    proceedings. The requested stay will allow the parties to engage in settlement discussion and avoid
3    expenditure of resources that will prove unnecessary if resolution is reached.

4    No previous request for a stay has been made.

5    DATED this 24th day of November, 2015.       DATED this 24th day of November, 2015.

     GREENBERG TRAURIG, LLP                        KENNEDY HODGES LLP

     By:  /s/ Tami D. Cowden                       By:  /s/ Beatriz Sosa-Morris
         MARK E. FERRARIO                              DAVID W. HODGES (admitted *pro hac vice*)
         Nevada Bar No. 1625                           Texas Bar No. 00796765
         TAMI D. COWDEN                                BEATRIZ SOSA-MORRIS (admitted *pro hac vice*)
         Nevada Bar No. 8994                           Texas Bar No. 24076154
         3773 Howard Hughes Pkwy., Suite 400N          711 W. Alabama St.
         Las Vegas, NV 89169                           Houston, TX 77006
         *Counsel for Defendants*                      *Counsel for Plaintiffs*

IT IS SO ORDERED ·

DATED: November 25, 2015

_____
United States Magistrate Judge

Respectfully submitted by:

    GREENBERG TRAURIG, LLP

By:  /s/ Tami D. Cowden
    MARK E. FERRARIO
    Nevada Bar No. 1625
    TAMI D. COWDEN
    Nevada Bar No. 8994
    3773 Howard Hughes Pkwy., Suite 400N
    Las Vegas, NV 89169
    *Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on November 24, 2015, a copy of the foregoing **STIPULATION TO STAY ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSION** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

DATED this 24th day of November, 2015.

/s/ Shayna Noyce
An employee of Greenberg Traurig, LLP

3