MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TAMI D. COWDEN, ESQ.
Nevada Bar No. 8994
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
ferrariom@gtlaw.com
cowdent@gtlaw.com

*Attorneys for Defendants SHAC, LLC; SHAC MT, LLC;
Peter Feinstein; David M. Talla*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHAC, LLC DBA SAPPHIRE GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA; and PETER FEINSTEIN,<br><br>Defendants. | Case No.: 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION TO EXTEND STAY OF ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSION**<br><br>**[FIFTH REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Corissa Jones, on behalf of herself and on behalf of all others similarly situated, by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants SHAC, LLC; SHAC MT, LLC (collectively "SHAC"); Michael David Talla; and Peter Feinstein, by and through their counsel of record, the law firm of Greenberg Traurig, LLP, that all proceedings and deadlines in this matter be stayed for an additional 15 days pending procedural posturing and settlement discussions between the parties.

1

*LV 420726669v1*

This request is made in good faith at this time and is not made simply to delay the proceedings. The requested stay will allow the parties to continue to continue their settlement discussion and discuss the procedural posturing of this matter. Moreover, this request will allow the parties to avoid expenditure of resources that will prove unnecessary if resolution is reached.

This is the fifth request for a stay.

DATED this 1st day of July, 2016.

GREENBERG TRAURIG, LLP

By: */s/ Tami D. Cowden*
MARK E. FERRARIO
Nevada Bar No. 1625
TAMI D. COWDEN
Nevada Bar No. 8994
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169
*Counsel for Defendants*

DATED this 1st day of July, 2016.

KENNEDY HODGES LLP

By: */s/ Beatriz Sosa-Morris*
DAVID W. HODGES (admitted *pro hac vice*)
Texas Bar No. 00796765
BEATRIZ SOSA-MORRIS (admitted *pro hac vice*)
Texas Bar No. 24076154
711 W. Alabama St.
Houston, TX 77006
*Counsel for Plaintiffs*

IT IS SO ORDERED this  5th  day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

GREENBERG TRAURIG, LLP

By: */s/ Tami D. Cowden*
MARK E. FERRARIO
Nevada Bar No. 1625
TAMI D. COWDEN
Nevada Bar No. 8994
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169
*Counsel for Defendants*

LV 420726669v1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on July 1, 2016, a copy of the foregoing ***Stipulation to Extend Stay all Proceedings Pending Settlement Discussion (Fifth Request)*** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

DATED this 1st day of July, 2016.

>   */s/Andrea Lee Rosehill*
>   An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3

LV 420726669v1