David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Krista Albregts
jalbregts@nevadafirm.com
Nevada State Bar No. 13301
353 East Bonneville Avenue, Suite 551
Las Vegas, Nevada 89101

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.,* ) | No. 2:15-cv-01382-RFB-CWH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION OF DISMISSAL** |
| ) | **WITHOUT PREJUDICE UNDER RULE** |
| ) | **41(a)(1)** |
| SHAC, LLC, D/B/A SHAPPHIRE ) | |
| GENTLEMEN'S CLUB, *et. al.,* ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41, the parties jointly stipulate that the following Opt-In Plaintiff's claims are dismissed ***without*** prejudice:

Erika Alvarez, consent to join originally filed on April 20, 2017 (Dkt. 57).

The parties are dismissing the above-referenced claims because this particular Opt-In Plaintiff no longer wishes to pursue her claims and requested to be withdrawn from the lawsuit. Because this stipulation is filed under Rule 41(a)(1)(A)(ii), no further action is required or requested of this Court with respect to this individual's claim.

Dated this 22nd day of March, 2018.


Respectfully submitted,

Kennedy Hodges, L.L.P.                Greenberg Traurig, LLP

By: /s/ David W. Hodges              By: /s/ Alayne M. Opie
David W. Hodges (admitted *pro hac vice*)   Mark E. Ferrario
dhodges@kennedyhodges.com            ferrariom@gtlaw.com
Texas State Bar No. 00796765         Nevada State Bar No. 1625
4409 Montrose Blvd., Suite 200       Alayne M. Opie
Houston, Texas 77006                 opiea@gtlaw.com
Telephone: (713) 523-0001            Nevada State Bar No. 12623
Facsimile: (713) 523-1116            3773 Howard Hughes Parkway, Ste. 400 N.
                                     Las Vegas, Nevada 89169
*LEAD ATTORNEY IN CHARGE FOR*        Telephone: (702) 792-3773
*PLAINTIFF AND CLASS MEMBERS*        Facsimile: (702) 792-9002

Local Counsel:                       *ATTORNEYS FOR DEFENDANTS*
Krista Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
353 East Bonneville Avenue, Suite 551
Las Vegas, Nevada 89101


## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of Filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

Dated this 22nd day of March, 2018.

APPROVED:

DATED this 22nd day of March, 2018.          /s/ David W. Hodges
                                             David W. Hodges


_____
RICHARD F. BOULWARE, II
United States District Judge

-2-