1   David W. Hodges (admitted *pro hac vice*)
    dhodges@kennedyhodges.com
2   KENNEDY HODGES, LLP
    Texas State Bar No. 00796765
3   4409 Montrose Blvd., Suite 200
    Houston, Texas 77006
4   Telephone: (713) 523-0001
    Facsimile: (713) 523-1116
5
    **LEAD ATTORNEY IN CHARGE FOR**
6   **PLAINTIFF AND CLASS MEMBERS**

7   LOCAL COUNSEL:
    Krista Albregts
8   jalbregts@nevadafirm.com
    Nevada State Bar No. 13301
9   353 East Bonneville Avenue, Suite 551
    Las Vegas, Nevada 89101
10

11                 **IN THE UNITED STATES DISTRICT COURT**
                       **FOR THE DISTRICT OF NEVADA**

12  CORISSA JONES, *et. al.,*                )   No. 2:15-cv-01382-RFB-CWH
                                             )
13              Plaintiff,                   )
                                             )
14  v.                                       )   **JOINT STIPULATION OF DISMISSAL**
                                             )   **WITHOUT PREJUDICE UNDER RULE**
15  SHAC, LLC, D/B/A SHAPPHIRE               )   **41(a)(1)**
                                             )
16  GENTLEMEN'S CLUB, *et. al.,*             )
                                             )
17              Defendants.                  )

18          Pursuant to Rule 41, the parties jointly stipulate that the following Opt-In Plaintiff's

19  claims are dismissed ***without*** prejudice:

20          Giselle Luza, consent to join originally filed on April 28, 2017 (Dkt. 59).

21          The parties are dismissing the above-referenced claims because this particular Opt-In

22  Plaintiff no longer wishes to pursue her claims and requested to be withdrawn from the lawsuit.

23          / / /

24          / / /

25

                                        -1-

Because this stipulation is filed under Rule 41(a)(1)(A)(ii), no further action is required or requested of this Court with respect to this individual's claim.

Dated this 10th day of April, 2018.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: */s/ David W. Hodges*
David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

*LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*

LOCAL COUNSEL:
Krista Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
353 East Bonneville Avenue, Suite 551
Las Vegas, Nevada 89101

GREENBERG TRAURIG, LLP

By: */s/ Alayne M. Opie*
Mark E. Ferrario
ferrariom@gtlaw.com
Nevada State Bar No. 1625
Alayne M. Opie
opiea@gtlaw.com
Nevada State Bar No. 12623
3773 Howard Hughes Parkway, Ste. 400 N.
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*ATTORNEYS FOR DEFENDANTS*

IT IS SO ORDERED this ___11th___ day of April, 2018.

_____
RICHARD F. BOULWARE, II.
United States District Judge

LV 421125267v1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing document was filed electronically via the Court's CM/ECF system.  Notice of Filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

Dated this 10th day of April, 2018.

*/s/ David W. Hodges*
David W. Hodges

*LV 421125267v1*