# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORISSA JONES, et al., | Case No. 2:15-cv-01382-RFB-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| SHAC, LLC D/B/A SHAPPHIRE GENTLEMAN'S CLUB, et al., | |
| Defendants. | |

Presently before the court is the plaintiffs' Motion to Quash Notice of Depositions Served by Defendants Shac, LLC d/b/a Shapphire Gentleman's Club, Shac, MT, LLC, David Michael Talla and Peter Feinstein and for Motion Protective Order (ECF Nos. 95, 97), and defendants' Emergency Motion for Leave to Take Additional Depositions (ECF No. 98). The court finds good cause exists to shorten the briefing schedule and set the motions for a hearing.

IT IS THEREFORE ORDERED that plaintiffs' and defendants' motions (ECF Nos. 95, 97, 98) shall be briefed on the following schedule:

1. Deadline to file a response: June 25, 2018.

2. Deadline to file a reply: June 29, 2018.

IT IS FURTHER ORDERED that oral argument on the motions (ECF No. 95, 97, 98) is set for July 10, 2018 at 9:00 a.m., in Las Vegas Courtroom 3C, before Magistrate Judge Carl W. Hoffman.

DATED: June 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE