MARK E. FERRARIO (Nevada Bar No. 1625)
TAMI D. COWDEN (Nevada Bar No. 8994)
ALAYNE M. OPIE (Nevada Bar No. 12623)
GREENBERG TRAURIG
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com,
cowdent@gtlaw.com,
opiea@gtlaw.com

Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club,
SHAH MT, LLC, David Michael Talla, and Peter Feinstein

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>Defendants. | Case No. 2:15-cv01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TAKING DEPOSITIONS OUTSIDE THE CLOSE OF DISCOVERY AND EXTENDING CERTAIN DISCOVERY DEADLINES**<br><br>**[First Request]** |
| SHAH, LLC,<br><br>Counterclaimant,<br><br>CORISSA JONES, and all others similarly situated who opt into this litigation,<br><br>Counterdefendants. | |

In accordance with LR 6-1 and 26-4, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael

1

Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. The deadline to close discovery is currently July 20, 2018;
2. 10 Opt-In Plaintiffs' depositions are presently scheduled during the timeframe of June 29, 2018 through July 6, 2018;
3. Plaintiffs' counsels have scheduling conflicts during that time and have requested that the depositions be reset;
4. In order to accommodate Plaintiffs, Defendants are willing to reschedule the depositions to occur during the week of August 20, 2018, anticipating that 2 depositions of roughly 3-4 hours will occur on M-F of that week.
5. The parties do not stipulate to any other discovery taking place after July 20, 2018;
6. Because this extension of time effects the present deadline to file dispositive motions, the parties stipulate and agree to extend the deadline to submit the same to September 28, 2018;
7. Moreover, the parties agree to extend the date to submit the proposed joint pretrial order to October 29, 2018;
8. A trial date has not been set;
9. This is the first request for an extension of time;

Discovery Completed

10. Plaintiffs submitted initial 26(f) disclosures on or about December 29, 2017;
11. Defendants submitted initial 26(f) disclosures on or about August 14, 2017, and two supplements thereafter;
12. Plaintiffs have propounded, and Defendants have responded to, interrogatories, requests for production of documents, and requests for admission;
13. Defendants propounded interrogatories, requests for production of documents and requests for admissions on an agreed sample of 30 Opt-In Plaintiffs, two of whom have voluntarily withdrawn from the case, and have received responses from 28.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

14. Plaintiffs have taken the depositions of Peter Feinstein, Brett Feinstein, John Lee, and the FRCP 30(b)(6) representative of SHAC, LLC;

Discovery Remaining

15. The parties met and conferred regarding Plaintiffs' discovery responses on June 14, 2018;

16. Although Plaintiffs agreed to supplement some of their responses, Defendants reserve all rights to submit a motion to compel;

17. Defendants have requested leave of the Court to take an additional 20 depositions. Plaintiffs have opposed that motion.

Why Discovery Was Not Completed

18. In addition to the reasons set forth above, Defendants had believed that an agreement as to representative discovery had been made, Plaintiffs contend the agreement did not included depositions. As a result, Defendants sought emergency leave to take the additional depositions, and Plaintiffs have opposed. That Motion is set to be heard July 10, 2018.

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2018.              DATED this 28th day of June, 2018.

GREENBERG TRAURIG, LLP                          KENNEDY HODGES LLP

By: */s/ Tami D. Cowden*                        By: */s/ William M. Hogg*
   MARK E. FERRARIO (NV 1625)                  DAVID W. HODGES (admitted *pro hac vice*)
   TAMI D. COWDEN (NV 8994)                    WILLIAM M. HOGG (admitted *pro hac vice*)
   ALAYNE M. OPIE (NV 12623)                   Texas Bar No. 00796765
   3773 Howard Hughes Pkwy., Suite 400N        4409 Montrose Blvd., Ste 200
   Las Vegas, NV 89169                         Houston, TX 77006
   *Counsel for Defendants*                    *Counsel for Plaintiffs*

**IT IS SO ORDERED**

July 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE

3

LV 421166108v1