David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
2301 Green Mountain Court
Las Vegas, Nevada 89135

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*, <br><br> Defendants. | No. 2:15-cv-01382-RFB-CWH <br><br> **STIPULATION TO RESCHEDULE HEARING** <br><br> **[FIRST REQUEST]** |

IT IS HEREBY STIUPLATED AND AGREED by and between Corissa Jones, on behalf of herself and all others similarly situated, by and through their counsel of record, the law firm of Kennedy Hodges, LLP, and Defendants SHAC, LLC; SHAC MT, LLC (collectively "SHAC"); Michael David Talla; and Peter Feinstein, by and through their counsel of record, the law firm of Greenberg Traurig, LLP, that the hearing set for August 16, 2018 on Defendants Emergency Motion to Compel is hereby rescheduled to August 14, 2018 at 2:00 PM.

-1-

This request is made in good faith at this time as Plaintiff's counsel has a previously scheduled hearing in another court.

Dated this the 2nd day of August, 2018.

| GREENBERG TRAURIG, LLP | KENNEDY HODGES, LLP |
|---|---|
| */s/ Alayne Opie* | */s/ David W. Hodges* |
| Mark A. Ferrario (NV Bar. 1625) | David W. Hodges (admitted *pro hac vice*) |
| Tami Cowden (NV Bar 8994) | Texas State Bar No. 00796765 |
| Alayne Opie (NV Bar 12623) | 4409 Montrose Blvd., Ste. 200 |
| 3773 Howard Hughes Parkway, Suite 400 N | Houston, Texas 77006 |
| Las Vegas, NV 89169 | Krista N. Albregts |
| *Counsel for Defendants* | Nevada State Bar No. 13301 |
| | 2301 Green Mountain Court |
| | Las Vegas, Nevada 89135 |
| | *Counsel for Plaintiffs* |

IT IS SO ORDERED this 2nd day of August, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:
*/s/ David W. Hodges*
David W. Hodges (admitted *pro hac vice*)
Texas State Bar No. 00796765
4409 Montrose Blvd., Ste. 200
Houston, Texas 77006
Krista N. Albregts
Nevada State Bar No. 13301
2301 Green Mountain Court
Las Vegas, Nevada 89135
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of Filing will be served on all parties

by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

Dated this 2nd day of August, 2018.

                                                /s/ *David W. Hodges*
                                                David W. Hodges