David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
2301 Green Mountain Court
Las Vegas, Nevada 89135

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHAC, LLC, D/B/A SAPPHIRE GENTLEMEN'S CLUB, *et. al.*,<br><br>　　　　　Defendants. | No. 2:15-cv-01382-RFB-CWH<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)** |

Pursuant to Rule 41, the parties jointly stipulate that the following Opt-In Plaintiffs' claims are dismissed without prejudice:

1. Cassondra Dehay (Doc. 58)

2. Siobahn Reilly (Doc. 58)

3. Antonia Zemerova (Doc. 58)

**1**
STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)

The parties are dismissing the above-referenced claims because these particular Opt-In Plaintiffs no longer wish to pursue their claims and requested to be withdrawn from the suit. Further, the parties jointly stipulate that the following Opt-In Plaintiffs' claims are dismissed without prejudice:

4. Anna Avaeva (Doc. 54)
5. Heather Born (Doc. 58)
6. Kristina Gimbel (Doc. 60)
7. Tiffany Janow (Doc. 59)
8. Stacie Kinney (Doc. 58)
9. Leah Lardizabal (Doc. 60)
10. Ana Lopez (Doc. 65)
11. Crystelle Rife (Doc. 54)
12. Tonya Schilling (Doc. 66)
13. Elizabeth Tapia (Doc. 58)

The parties are dismissing the above-referenced claims because they do not fall within the scope of the stipulation the parties previously reached regarding class notice. Because this stipulation is being filed under Rule 41(a)(1)(A)(ii), no further action is required or requested of this Court with respect to these claims.

DATED: September 24, 2018                    Respectfully submitted,

| | |
|---|---|
| KENNEDY HODGES, L.L.P.<br><br>By: */s/ David W. Hodges*<br>David W. Hodges (admitted *pro hac vice*)<br>dhodges@kennedyhodges.com<br>Texas State Bar No. 00796765<br>4409 Montrose Blvd., Suite 200<br>Houston, Texas 77006<br>Telephone: (713) 523-0001<br>Facsimile: (713) 523-1116<br><br>*LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*<br><br>LOCAL COUNSEL:<br>Krista N. Albregts<br>Krista.albregts@gmail.com<br>Nevada State Bar No. 13301<br>2301 Green Mountain Court<br>Las Vegas, Nevada 89135 | GREENBERG TRAURIG, LLP<br><br>By: */s/ Alayne M. Opie*<br>MARK E. FERRARIO<br>Nevada Bar No. 1625<br>TAMI D. COWDEN<br>Nevada Bar No. 8994<br>ALAYNE M. OPIE<br>Nevada Bar No. 12623<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: ferrariom@gtlaw.com<br>cowdent@gtlaw.com<br>opiea@gtlaw.com<br><br>*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein* |

### CERTIFICATE OF SERVICE

I certify that on September 24, 2018 I filed this document on the District of Nevada system which will serve a true copy on all parties of record via electronic mail.

*/s/ David W. Hodges*
David W. Hodges

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of September, 2018.