David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
2301 Green Mountain Court
Las Vegas, Nevada 89135

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*, | No. 2:15-cv-01382-RFB-CWH |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)** |
| SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*, | |
| Defendants. | |

Pursuant to Rule 41, the parties jointly stipulate that the following Opt-In Plaintiffs' claims are dismissed without prejudice:

1. Christine Abbott (Category 1)

2. Stacy Van Dorpe (Category 2)

3. Diana Brody (Category 2)

4. Delilah Diaz (Category 1)

5. Richana Aguilar (Category 1)

**1**
STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)

6. Amber Danna (Category 2)

7. Laura Chao (Category 2)

8. Melissa Gonzalez (Category 2)

The parties are dismissing the above-referenced claims because the Plaintiffs no longer wish to pursue their claims. Because this stipulation is being filed under Rule 41(a)(1)(A)(ii), no further action is required or requested of this Court with respect to these claims.

DATED: October 2, 2018                    Respectfully submitted,

| | |
|---|---|
| KENNEDY HODGES, L.L.P. | GREENBERG TRAURIG, LLP |
| By: /s/ David W. Hodges<br>David W. Hodges (admitted *pro hac vice*)<br>dhodges@kennedyhodges.com<br>Texas State Bar No. 00796765<br>4409 Montrose Blvd., Suite 200<br>Houston, Texas 77006<br>Telephone: (713) 523-0001<br>Facsimile: (713) 523-1116<br><br>*LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS*<br><br>LOCAL COUNSEL:<br>Krista N. Albregts<br>Krista.albregts@gmail.com<br>Nevada State Bar No. 13301<br>2301 Green Mountain Court<br>Las Vegas, Nevada 89135 | By: /s/<br>MARK E. FERRARIO<br>Nevada Bar No. 1625<br>TAMI D. COWDEN<br>Nevada Bar No. 8994<br>ALAYNE M. OPIE<br>Nevada Bar No. 12623<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: ferrariom@gtlaw.com<br>cowdent@gtlaw.com<br>opiea@gtlaw.com<br><br>*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein* |

## CERTIFICATE OF SERVICE

I certify that on October 2, 2018 I filed this document on the District of Nevada system which will serve a true copy on all parties of record via electronic mail.

*/s/ David W. Hodges*
David W. Hodges

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  3rd day of October  , 2018