# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORISSA JONES, | Case No. 2:15-cv-01382-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| SHAC, LLC, et al., | |
| Defendants. | |

Presently before the court is defendants' Emergency Motion for Order to Show Cause Why Plaintiffs Should Not Be Held in Contempt of the Court's Orders (ECF No. 150), filed on October 11, 2018. Also before the court is Plaintiff Corissa Jones' Emergency Motion to Quash Notice of Depositions Served by Defendants SHAC, LLC d/b/a Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (ECF No. 152), filed on October 18, 2018. The court has read and considered the motions and is cognizant of the upcoming discovery deadline of October 30, 2018. But given the press of pending motions in criminal matters, which take precedence over civil matters because liberty interests are at stake, the court will not consider the motions in this case on an emergency basis. Responses and replies to the motions are due in the ordinary course. The court will entertain stipulations to modify the scheduling order in this case as necessary.

IT IS SO ORDERED.

DATED: October 19, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE