| 1 | MARK E. FERRARIO |
|---|---|
| | Nevada Bar No. 1625 |
| 2 | TAMI D. COWDEN |
| | Nevada Bar No. 8994 |
| 3 | ALAYNE M. OPIE |
| | Nevada Bar No. 12623 |
| 4 | GREENBERG TRAURIG |
| | 10845 Griffith Peak Drive, Suite 600 |
| 5 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-3773 |
| 6 | Fax: (702) 792-9002 |
| 7 | ferrariom@gtlaw.com, |
| | cowdent@gtlaw.com, |
| | opiea@gtlaw.com |
| 8 | |
| 9 | Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>Defendants.<br>SHAC, LLC,<br><br>Counterclaimant,<br><br>CORISSA JONES, and all others similarly situated who opt into this litigation,<br><br>Counterdefendants. | Case No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DEADLINES** |

In accordance with LR 6-1 and 26-4, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of

1

Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. On November 13, 2018, the parties submitted a Stipulation and [Proposed] Order Regarding Certain Deadlines. (Doc. 171);
2. Said Stipulation addressed the briefing schedule to supplement Defendants' Motion to Dismiss 110 Opt-In Plaintiffs and All Claims Pre-October 31, 2014 As Barred By Res Judicata, among other things. (Doc. 93);
3. Defendants request that the deadlines be extended slightly to accommodate counsel's schedule and the upcoming holiday;
4. Accordingly, the parties stipulate that Defendants shall file a supplemental brief to Doc. 93 per the court's instructions by **November 30, 2018**. Plaintiffs may file a response by **December 7, 2018**. Thereafter, Defendants may file a reply by **December 17, 2018**;
5. Subject to the court denying Defendants' Motion to Dismiss 110 Opt-In Plaintiffs and All Claims Pre-October 31, 2014 As Barred By Res Judicata (Doc. 93) after the parties submit supplemental briefing, Defendants reserve all rights to pursue additional representative discovery as directed by the court. *See* November 5, 2018 transcript.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

6. Moreover, the parties hereby stipulate and agree that Defendants' response deadline to Plaintiffs' Motion to Stay or, in the Alternative, Motion for Equitable Tolling shall be **November 30, 2018**. Plaintiffs may file a response thereto by **December 7, 2018**.

**IT IS SO STIPULATED.**

DATED this 19th day of November 2018.

GREENBERG TRAURIG, LLP

By: /s/ Alayne M. Opie
    MARK E. FERRARIO (NV 1625)
    TAMI D. COWDEN (NV 8994)
    ALAYNE M. OPIE (NV 12623)
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135
    *Counsel for Defendants*

DATED this 19th day of November 2018.

KENNEDY HODGES LLP

By: /s/ David W. Hodges
    DAVID W. HODGES (*pro hac vice*)
    Texas Bar No. 00796765
    4409 Montrose Blvd., Ste 200
    Houston, TX 77006
    *Counsel for Plaintiffs*

**IT IS SO ORDERED** this 26th day of November, 2018.
IT IS FURTHER ORDERED that ECF no. 171 is denied as moot.

RICHARD F. BOULWARE, II
United States District Judge

LV 421246600v1