David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Jeffrey Albregts
Nevada State Bar No. 0066
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702-483-5026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*, | No. 2:15-cv-01382-RFB-CWH |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)** |
| SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*, | |
| Defendants. | |

Pursuant to Rule 41, the parties jointly stipulate that the following Opt-In Plaintiff's claims are dismissed without prejudice:

1. Daniela Trujillo (Doc. 59)

The parties are dismissing the above-referenced claim because this particular Opt-In Plaintiff no longer wishes to pursue her claims and requests to be withdrawn from the suit.

DATED: December 6, 2018       Respectfully submitted,

| | |
|---|---|
| KENNEDY HODGES, L.L.P. | GREENBERG TRAURIG, LLP |
| By: */s/ David W. Hodges* | By: */s/* |
| David W. Hodges (admitted *pro hac vice*) | MARK E. FERRARIO |
| dhodges@kennedyhodges.com | Nevada Bar No. 1625 |
| Texas State Bar No. 00796765 | TAMI D. COWDEN |
| 4409 Montrose Blvd., Suite 200 | Nevada Bar No. 8994 |
| Houston, Texas 77006 | ALAYNE M. OPIE |
| Telephone: (713) 523-0001 | Nevada Bar No. 12623 |
| Facsimile: (713) 523-1116 | GREENBERG TRAURIG, LLP |
| | 10845 Griffith Peak Drive, Suite 600 |
| *LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS* | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-3773 |
| | Facsimile: (702) 792-9002 |
| LOCAL COUNSEL: | Email: ferrariom@gtlaw.com |
| Jeffrey Albregts | cowdent@gtlaw.com |
| Nevada State Bar No. 0066 | opiea@gtlaw.com |
| Krista N. Albregts | |
| Krista.albregts@gmail.com | *Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein* |
| Nevada State Bar No. 13301 | |
| 701 Shadow Lane, Suite 150 | |
| Las Vegas, Nevada 89106 | |
| Telephone: 702-483-5026 | |

## CERTIFICATE OF SERVICE

I certify that on December 6, 2018 I filed this document on the District of Nevada system which will serve a true copy on all parties of record via electronic mail.

IT IS SO ORDERED:

                                  */s/ David W. Hodges*
                                  David W. Hodges

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of December, 2018.

**2**  Case No. 3:17-cv-00855-WHA
STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)