David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Jeffrey Albregts
Nevada State Bar No. 0066
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702-483-5026

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*, <br><br> Defendants. | No. 2:15-cv-01382-RFB-CWH <br><br> **JOINT STIPULATION OF DISMISSAL OF OPT-IN PLAINTIFF WITHOUT PREJUDICE UNDER RULE 41(a)(1)** |

Pursuant to Rule 41, the parties jointly stipulate that the following Opt-In Plaintiff's claims are dismissed without prejudice:

1. Summer Taylor (Doc. 60)

The parties are dismissing the above-referenced claim because this particular Opt-In Plaintiff no longer wishes to pursue her claims and requests to be withdrawn from the suit.

DATED:  December 13, 2018                    Respectfully submitted,

KENNEDY HODGES, L.L.P.                       GREENBERG TRAURIG, LLP

By: */s/ David W. Hodges*                    By: */s/ Alayne M. Opie*
David W. Hodges (admitted *pro hac vice*)    MARK E. FERRARIO
dhodges@kennedyhodges.com                    Nevada Bar No. 1625
Texas State Bar No. 00796765                 TAMI D. COWDEN
4409 Montrose Blvd., Suite 200               Nevada Bar No. 8994
Houston, Texas 77006                         ALAYNE M. OPIE
Telephone: (713) 523-0001                    Nevada Bar No. 12623
Facsimile: (713) 523-1116                    GREENBERG TRAURIG, LLP
                                             10845 Griffith Peak Drive, Suite 600
*LEAD ATTORNEY IN CHARGE FOR*                Las Vegas, Nevada 89135
*PLAINTIFF AND CLASS MEMBERS*                Telephone: (702) 792-3773
                                             Facsimile: (702) 792-9002
LOCAL COUNSEL:                               Email: ferrariom@gtlaw.com
Jeffrey Albregts                             cowdent@gtlaw.com
Nevada State Bar No. 0066                    opiea@gtlaw.com
Krista N. Albregts
Krista.albregts@gmail.com                    *Attorneys for SHAC, LLC dba Sapphire*
Nevada State Bar No. 13301                   *Gentlemen's Club, SHAC MT, LLC, David*
701 Shadow Lane, Suite 150                   *Michael Talla, and Peter Feinstein*
Las Vegas, Nevada 89106
Telephone: 702-483-5026

## CERTIFICATE OF SERVICE

I certify that on December 13, 2018 I filed this document on the District of Nevada system which will serve a true copy on all parties of record via electronic mail.

                                   */s/ David W. Hodges*
                                   David W. Hodges

**IT IS SO ORDERED** this 14th day of December, 2018.

                                   _____
                                   UNITED STATES DISTRICT COURT JUDGE