MARK E. FERRARIO (Nevada Bar No. 1625)
TAMI D. COWDEN (Nevada Bar No. 8994)
ALAYNE M. OPIE (Nevada Bar No. 12623)
GREENBERG TRAURIG
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com;
cowdent@gtlaw.com; opiea@gtlaw.com

Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club,
SHAC MT, LLC, David Michael Talla, and Peter Feinstein

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>Defendants. | Case No. 2:15-cv01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT** |
| SHAH, LLC,<br><br>Counterclaimant,<br><br>CORISSA JONES, and all others similarly situated who opt into this litigation,<br><br>Counterdefendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;

2. The deadline for Defendants to respond is February 25, 2019;

3. However, Defendants requested, and Plaintiffs agreed to a brief extension of time;

4. Accordingly, the parties stipulate that Defendants will file oppositions to the pending partial motions for summary judgment by March 7, 2019 and Plaintiffs shall have up to March 21, 2019 to file their replies.

**IT IS SO STIPULATED.**

DATED this 14th day of February, 2019

GREENBERG TRAURIG, LLP

By: /s/ Alayne Opie
MARK E. FERRARIO (NV 1625)
TAMI D. COWDEN (NV 8994)
ALAYNE M. OPIE (NV 12623)
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
*Counsel for Defendants*

DATED this 14th day of February, 2019.

KENNEDY HODGES LLP

By: /s/ Carl Fitz
DAVID W. HODGES (admitted *pro hac vice*)
CARL FITZ (admitted *pro hac vice*)
4409 Montrose Blvd., Ste 200
Houston, TX 77006
*Counsel for Plaintiffs*

**IT IS SO ORDERED** :

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of February, 2019.