MARK E. FERRARIO (Nevada Bar No. 1625)
TAMI D. COWDEN (Nevada Bar No. 8994)
ALAYNE M. OPIE (Nevada Bar No. 12623)
GREENBERG TRAURIG
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com;
cowdent@gtlaw.com; opiea@gtlaw.com

Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club,
SHAC MT, LLC, David Michael Talla, and Peter Feinstein

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>                  Defendants.<br><br>SHAH, LLC,<br><br>                  Counterclaimant,<br><br>CORISSA JONES, and all others similarly situated who opt into this litigation,<br><br>                  Counterdefendants. | Case No. 2:15-cv01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST) AND JOINT PRETRIAL STATEMENT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;
2. The deadline for Defendants to respond was extended to March 7, 2019 (ECF 198);
3. However, Defendants requested, and Plaintiffs agreed to a second extension of time;
4. Accordingly, the parties stipulate that Defendants will file oppositions to the pending partial motions for summary judgment by March 14, 2019 and Plaintiffs shall have up to March 28, 2019 to file their replies.
5. The parties further stipulate to extend the deadline to submit the Joint Pretrial Statement from March 4, 2019 up to and including March 15, 2019.

**IT IS SO STIPULATED.**

DATED this 5th day of March, 2019

GREENBERG TRAURIG, LLP

By: */s/ Alayne Opie*
MARK E. FERRARIO (NV 1625)
TAMI D. COWDEN (NV 8994)
ALAYNE M. OPIE (NV 12623)
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
*Counsel for Defendants*

DATED this 5th day of March, 2019.

KENNEDY HODGES LLP

By: */s/ Carl Fitz*
DAVID W. HODGES (admitted *pro hac vice*)
CARL FITZ (admitted *pro hac vice*)
4409 Montrose Blvd., Ste 200
Houston, TX 77006
*Counsel for Plaintiffs*

**IT IS SO ORDERED** this 6th day of March, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

ACTIVE 41969023v1