MARK E. FERRARIO
(Nevada Bar No. 1625)
TAMI D. COWDEN
(Nevada Bar No. 8994)
ALAYNE M. OPIE
(Nevada Bar No. 12623)
GREENBERG TRAURIG
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Fax:          (702) 792-9002
Email:  ferrariom@gtlaw.com;
cowdent@gtlaw.com;
opiea@gtlaw.com

*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club,
SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>              Defendants. | Case No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT on LIABILITY [DOC 189]**<br><br>**(Fourth Request]**<br><br>**AND JOINT REQUEST FOR EXTENSION OF PAGE LIMITS FOR OPPOSITION AND REPLY** |
| SHAC, LLC,<br><br>              Counterclaimant,<br><br>CORISSA JONES, and all others similarly situated who opt into this litigation,<br><br>              Counterdefendants. | |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;

2. The deadline for Defendants to respond was extended to March 7, 2019 (ECF 198), and thereafter to March 14, 2019 (ECF 201), and thereafter to March 19, 2019.

3. Defendants have filed their oppositions to the Motions in Doc 190 and 191.

4. However, Defendants requested, and Plaintiffs agreed to an additional extension of time for the opposition to the Motion for Summary Judgment on Liability.

5. This Motion included as exhibits multiple references to the depositions of nine Representative Plaintiffs, as well as to Declarations from 47 additional Opt-In Plaintiffs.

6. Preparation of the Opposition is requiring review of voluminous records relating to these 56 Plaintiffs.

7. Accordingly, the parties stipulate that Defendants will file their opposition to the pending Motion for Summary Judgment on Liability, Doc. 189, by or before April 2, 2019.

/ / /

/ / /

*ACTIVE 42454304v1*

8. Additionally, because of the need to analyze and discuss evidence related to 56 Plaintiffs, the parties stipulate, subject to this Court's approval pursuant to LR II-7-3, to an increase by five pages in the maximum number of pages permitted in both the Opposition and Reply.

**IT IS SO STIPULATED.**

DATED this 19th day of March, 2019

GREENBERG TRAURIG, LLP

By: */s/ Alayne Opie*
    MARK E. FERRARIO (NV 1625)
    TAMI D. COWDEN (NV 8994)
    ALAYNE M. OPIE (NV 12623)
    10845 Griffith Peak Drive Suite 600
    Las Vegas, Nevada 89135
    *Counsel for Defendants*

DATED this 19th day of March, 2019.

KENNEDY HODGES LLP

By: */s/ Carl Fitz*
    DAVID W. HODGES (admitted *pro hac vice*)
    CARL FITZ (admitted *pro hac vice*)
    4409 Montrose Blvd., Ste 200
    Houston, TX 77006
    *Counsel for Plaintiffs*

**IT IS SO ORDERED** this 21st day of March, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002