David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Jeffrey Albregts
Nevada State Bar No. 0066
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702-483-5026

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*,<br><br>Defendants. | No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE REPLY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;

2. The deadline for Defendants to respond to Doc. 190 and Doc. 191 was extended to March 19, 2019 (ECF 203);

3. The deadline for Defendants to respond to Doc. 189 was extended to April 2, 2019 (ECF 211);

4. Defendants have filed their oppositions to the Motions in Doc 190 and 191;

5. Defendants will file their opposition to Motion in Doc 189 tomorrow;

6. Because of the need to review and analyze Defendants' responses and the exhibits attached in support, Plaintiffs require additional time to draft their replies;

7. Accordingly, the parties stipulate that Plaintiffs will file their replies in support of their motions for partial summary judgment (Doc. 189, 190 and 191) by or before April 12, 2019.

**IT IS SO STIPULATED.**

DATED this 1st day of April, 2019

GREENBERG TRAURIG, LLP

By: */s/ Alayne Opie*
MARK E. FERRARIO (NV 1625)
TAMI D. COWDEN (NV 8994)
ALAYNE M. OPIE (NV 12623)
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
*Counsel for Defendants*

DATED this 1st day of April, 2019.

KENNEDY HODGES LLP

By: */s/ Carl Fitz*
DAVID W. HODGES (admitted *pro hac vice*)
CARL FITZ (admitted *pro hac vice*)
4409 Montrose Blvd., Ste 200
Houston, TX 77006
*Counsel for Plaintiffs*

**IT IS SO ORDERED** this 2nd day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE