David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Jeffrey Albregts
Nevada State Bar No. 0066
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702-483-5026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*,<br><br>Defendants. | No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE REPLY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;

2. The deadline for Defendants to respond to Doc. 190 and Doc. 191 was extended to March 19, 2019 (ECF 203);

3. The deadline for Defendants to respond to Doc. 189 was extended to April 2, 2019 (ECF 211);

4. Defendants filed their opposition to Doc. 189 on April 2, 2019 (ECF 215);

5. Because of the need to review and analyze Defendants' responses and the 16 exhibits attached in support, Plaintiffs require additional time to draft their reply;

6. Accordingly, the parties stipulate that Plaintiffs will file their reply in support of their motion for partial summary judgment on liability (Doc. 189) by or before April 19, 2019.

**IT IS SO STIPULATED.**

| DATED this 9th day of April, 2019 | DATED this 9th day of April, 2019. |
|---|---|
| GREENBERG TRAURIG, LLP | KENNEDY HODGES LLP |
| By: */s/ Alayne Opie* | By: */s/ Carl Fitz* |
| MARK E. FERRARIO (NV 1625) | DAVID W. HODGES (admitted *pro hac vice*) |
| TAMI D. COWDEN (NV 8994) | CARL FITZ (admitted *pro hac vice*) |
| ALAYNE M. OPIE (NV 12623) | 4409 Montrose Blvd., Ste 200 |
| 10845 Griffith Peak Drive Suite 600 | Houston, TX 77006 |
| Las Vegas, Nevada 89135 | *Counsel for Plaintiffs* |
| *Counsel for Defendants* | |

**IT IS SO ORDERED** this 10th day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE