David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Jeffrey Albregts
Nevada State Bar No. 0066
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702-483-5026

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*,<br><br>Defendants. | No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON INDIVIDUAL LIABILITY [DOC. 190] AND WILLFULNESS [DOC. 191]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;

2. The deadline for Defendants to respond to Doc. 190 and Doc. 191 was extended to March 19, 2019 (ECF 203);

3. The deadline for Plaintiffs to file their replies in support of Doc. 190 and Doc. 191 was extended to April 12, 2019 (ECF 212);

4. Plaintiffs submit that unanticipated and time-sensitive deadlines have arisen in relation to other clients, necessitating the request;

5. Accordingly, the parties stipulate that Plaintiffs will file their replies in support of their motion for partial summary judgment on individual liability (Doc. 190) and motion for partial summary judgment on willfulness and liquidated damages (Doc. 191) by or before April 16, 2019.

**IT IS SO STIPULATED.**

DATED this 11th day of April, 2019          DATED this 11th day of April, 2019.

    GREENBERG TRAURIG, LLP                 KENNEDY HODGES LLP

By: */s/ Alayne Opie*                      By: */s/ Carl Fitz*
   MARK E. FERRARIO (NV 1625)              DAVID W. HODGES (admitted *pro hac vice*)
   TAMI D. COWDEN (NV 8994)                CARL FITZ (admitted *pro hac vice*)
   ALAYNE M. OPIE (NV 12623)               4409 Montrose Blvd., Ste 200
   10845 Griffith Peak Drive Suite 600     Houston, TX 77006
   Las Vegas, Nevada 89135                 *Counsel for Plaintiffs*
   *Counsel for Defendants*

**IT IS SO ORDERED** this 12th day of April, 2019.

                          _____
                          RICHARD F. BOULWARE, II
                          UNITED STATES DISTRICT JUDGE