David W. Hodges (admitted *pro hac vice*)
dhodges@kennedyhodges.com
KENNEDY HODGES, LLP
Texas State Bar No. 00796765
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR**
**PLAINTIFF AND CLASS MEMBERS**

LOCAL COUNSEL:
Jeffrey Albregts
Nevada State Bar No. 0066
Krista N. Albregts
Krista.albregts@gmail.com
Nevada State Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702-483-5026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>SHAC, LLC, D/B/A SHAPPHIRE GENTLEMEN'S CLUB, *et. al.*,<br><br>Defendants. | No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON LIABILITY [DOC. 189]**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1

1. On February 4, 2019, Plaintiffs filed three voluminous partial motions for summary judgment, Docs. 189, 190 and 191;
2. The deadline for Defendants to respond to Doc. 190 and Doc. 191 was extended to March 19, 2019 (ECF 203);
3. Defendants' deadline to respond to Doc. 189 was extended to April 2, 2019 (ECF 211);
4. Defendants filed their opposition to Doc. 190 and Doc. 191 on March 19, 2019 (ECF 204 and ECF 205) and their opposition to Doc. 189 on April 2, 2019 (ECF 215);
5. On April 10, 2019, this Court extended Plaintiffs' deadline to reply to Defendants' opposition to Doc. 189 until April 19, 2019 (ECF 217). Plaintiffs filed their replies in support of Doc. 190 and Doc. 191 on April 16, 2019 (ECF 220 and ECF 221);
6. Plaintiffs require additional time to review and analyze the hundreds of pages of exhibits and legal arguments presented by Defendants in their opposition to Doc. 189;
7. Accordingly, the parties stipulate that Plaintiffs will file their reply in support of their motion for partial summary judgment on liability (Doc. 189) by April 26, 2019.

**IT IS SO STIPULATED.**

DATED this 18th day of April, 2019

DATED this 18th day of April, 2019.

GREENBERG TRAURIG, LLP

KENNEDY HODGES LLP

By: */s/ Alayne Opie*
   MARK E. FERRARIO (NV 1625)
   TAMI D. COWDEN (NV 8994)
   ALAYNE M. OPIE (NV 12623)
   10845 Griffith Peak Drive Suite 600
   Las Vegas, Nevada 89135
   *Counsel for Defendants*

By: */s/ Carl Fitz*
   DAVID W. HODGES (admitted *pro hac vice*)
   CARL FITZ (admitted *pro hac vice*)
   4409 Montrose Blvd., Ste 200
   Houston, TX 77006
   *Counsel for Plaintiffs*

**IT IS SO ORDERED** this 19th day of April, 2019.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE