| | |
|---|---|
| Ogonna Brown, Esq.<br>Nevada Bar No. 7589<br>OBrown@lrrc.com<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel:   702.949.8200<br>Fax:  702.949.8398<br><br>*Local Counsel for Intervenor-Cross Claimants* | Casey T. Wallace<br>Texas Bar No. 00795827<br>(Pro Hac Vice Application Pending)<br>FELDMAN & FELDMAN, PC<br>3355 W. Alabama, Ste. 1220<br>Houston, TX 77098<br>Tel: (713) 986-9471<br>Fax: (713) 986-9472<br>casey.wallace@feldman.law<br><br>*Attorneys for Intervenor-Cross Claimants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAC, LLC, D/B/A SAPPHIRE EGENTELMEN'S CLUB, SHAC MT, LLC, DAVID MICHAEL TALLA, AND PETER FEINSTEIN,<br><br>    Defendants. | Case No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION TO EXTEND TIME FOR INTERVENOR-CROSS CLAIMANTS TO FILE REPLY IN SUPPORT OF MOTION TO INTERVENE (FIRST REQUEST)** |

Intervenor-Cross Claimants Ashley Amos, Jamie Asher, Samantha Baraldi, Nicole Beckwith, Samantha Christian, Oana E. Ciolacu, Cara DeBona, Amphayvon Dythavon, Susana Faas, Tiffany Francis, Linsey Gile, Unique Hairston, Markie Henderson, Sarah Henscheid, Samantha Hopkins, Jenny Knaus, Rinrada Lishnoff, Erika Luevano, Arza Mubarispur, Allison Morton, Tasha Pablo, Kamila Persse, Brandy Pisano, Leslie Scott, Brenna Sharp, Kayla Szabo, Cara Thornberry, Irina Tugui, Bonnie Turechek, and Adrienne Zager ("Dancer Intervenors"), and Plaintiff Corissa Jones and Class Members (collectively, "Plaintiffs"), hereby stipulate to an extension of time to file a Reply to Plaintiffs' Response (Doc. 230) in opposition to Dancer Intervenors' motion for an order allowing them to intervene (Doc. 226) in this matter as a matter

of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, or alternatively for permissive intervention under Rule 24(b) of the Federal Rules of Civil Procedure, from May 28, 2019, until May 31, 2019. Counsel for Dancer Intervenors request an additional three (3) days within which to file the reply.[1] The requested continuance will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case. This is the first request for a continuance of this deadline.

Dated the 29th day of May, 2019.

By: /s/ *Jeffrey Albregts*
Jeffrey Albregts
Nevada Bar No. 0066
Krista N. Albregts
Nevada Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Tel: (702) 483-5026
krista.albregts@gmail.com

*Local Counsel for Plaintiffs*

David W. Hodges
(*Pro hac vice admitted*)
KENNEDY HODGES, LLP
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Tel: (713) 523-0001
dhodges@kennedyhodges.com

*Counsel For Plaintiffs*

Dated the 29th day of May, 2019.

By: /s/ *Ogonna M. Brown*
Ogonna M. Brown
Nevada Bar No. 7589
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 474-2622
obrown@lrrc.com

*Local Counsel for Intervenors*

By: /s/ *Casey T. Wallace*
Casey T. Wallace
(*Pro hac vice application pending*)
FELDMAN & FELDMAN, PC
3355 W. Alabama, Ste. 1220
Houston, TX 77098
Tel: (713) 986-9471
Fax
casey.wallace@feldman.law

*Counsel For Intervenors*

IT IS SO ORDERED.

DATED: **May 30, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] This stipulation was not submitted yesterday, because although counsel received Plaintiffs' consent to the extension, approval of the written stipulation was not received until today.

- - 2 - -

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of Filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

Dated this 29th day of May, 2019.

*/s/ Jessie M. Helm*
An employee of Lewis Roca Rothgerber Christie LLP

108230942.1