1  DAVID Z. CHESNOFF, ESQ.
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD, ESQ.
   Nevada Bar No. 6815
3  CHESNOFF & SCHONFELD
   520 S. 4th Street
4  Las Vegas, Nevada 89101
   Telephone: 702-384-5563
5  Email: dzchesnoff@cslawoffice.net
          rschonfeld@cslawoffice.net
6
   MARK E. FERRARIO, ESQ.
7  Nevada Bar No. 1625
   TAMI D. COWDEN, ESQ
8  Nevada Bar No. 8994
   ALAYNE M. OPIE
9  Nevada Bar No. 12623
10 GREENBERG TRAURIG, LLP
   10845 Griffith Peak Drive, Suite 600
11 Las Vegas, Nevada 89135
   Telephone: (702) 792-3773
12 Facsimile: (702) 792-9002
   Email: ferrariom@gtlaw.com
13        cowdent@gtlaw.com
14        opiea@gtlaw.com

15 *Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club,*
   *SHAC MT, LLC, David Michael Talla, and Peter Feinstein*
16

17                IN THE UNITED STATES DISTRICT COURT

18                      FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>Defendants. | Case No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS CAN REPLY TO THE PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT** |

COMES NOW, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and Carl A. Fitz, Esq., and hereby Stipulate that the time within which the Defendants have to Reply to the Opposition to their Motion for Reconsideration [Motion is located at Dkt 245] be extended to November 5, 2019. This Stipulation is entered into as a result of the Defendants' counsel having scheduling conflicts which necessitate the request for additional time to prepare and file said Reply.

**IT IS SO STIPULATED.**

**CHESNOFF & SCHONFELD**　　　　　　　　**KENNEDY HODGES LLP**

/s/ Richard A. Schonfeld　　　　　　　　　/s/ Carl Fitz
DAVID Z. CHESNOFF, ESQ.　　　　　　　DAVID W. HODGES (admitted *pro hac vice*)
RICHARD A. SCHONFELD, ESQ.　　　　　CARL FITZ (admitted *pro hac vice*)
520 South Fourth Street　　　　　　　　　4409 Montrose Blvd., Ste 200
Las Vegas, Nevada, 89101　　　　　　　　Houston, TX 77006
Tel: (702) 384-5563
Counsel for Defendants　　　　　　　　　Counsel for Plaintiffs

**IT IS ORDERED** that the Reply to the Opposition to the Motion for Reconsideration [Dkt. 245] is now due on or before November 5, 2019.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
**UNITED STATES DISTRICT JUDGE**
DATED this 21st day of October, 2019.

2