DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Email: dzchesnoff@cslawoffice.net
       rschonfeld@cslawoffice.net

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TAMI D. COWDEN, ESQ
Nevada Bar No. 8994
ALAYNE M. OPIE
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       cowdent@gtlaw.com
       opiea@gtlaw.com

*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>Defendants. | Case No. 2:15-cv-01382-RFB-CWH<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS CAN REPLY TO THE PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT** |

**COMES NOW**, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and Carl A. Fitz, Esq., and hereby Stipulate that the time within which the Defendants have to Reply to the Opposition to their Motion for Reconsideration [Motion is located at Dkt 245] be extended to February 7, 2020. On October 30, 2019 the parties attended mediation and in principle reached a resolution to this case. The parties are working toward preparing settlement documents including a motion to approve settlement of FLSA claims and completing other conditions precedent to effectuating the settlement.

If the Court approves the settlement it would alleviate the need for the Defendants to file a Reply and for the Court to rule on the pending motion.

**IT IS SO STIPULATED.**

| **CHESNOFF & SCHONFELD** | **KENNEDY HODGES LLP** |
|---|---|
| /s/ Richard A. Schonfeld | /s/ Carl Fitz |
| DAVID Z. CHESNOFF, ESQ. | DAVID W. HODGES (admitted *pro hac vice*) |
| RICHARD A. SCHONFELD, ESQ. | |
| 520 South Fourth Street | CARL FITZ (admitted *pro hac vice*) |
| Las Vegas, Nevada, 89101 | 4409 Montrose Blvd., Ste 200 |
| Tel: (702) 384-5563 | Houston, TX 77006 |
| Counsel for Defendants | Counsel for Plaintiffs |

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Reply to the Opposition to the Motion for Reconsideration [Dkt. 245] is now due on or before February 7, 2020. |

   **IT IS ORDERED** that the Reply to the Opposition to the Motion for Reconsideration [Dkt. 245] is now due on or before February 7, 2020.

   **IT IS SO ORDERED.**

_____
   **RICHARD F. BOULWARE, II**
   **UNITED STATES DISTRICT JUDGE**
   DATED this 4th day of November, 2019.