**DAVID Z. CHESNOFF, ESQ.**
**Nevada Bar No. 2292**
**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 S. 4th Street**
**Las Vegas, Nevada 89101**
**Telephone: 702-384-5563**
**Email: dzchesnoff @cslawoffice.net**
      **rschonfeld@cslawoffice.net**

**MARK E. FERRARIO, ESQ.**
**Nevada Bar No. 1625**
**TAMI D. COWDEN, ESQ**
**Nevada Bar No. 8994**
**LAYNE M. OPIE**
**Nevada Bar No. 12623**
**GREENBERG TRAURIG, LLP**
**10845 Griffith Peak Drive, Suite 600**
**Las Vegas, Nevada  89135**
**Telephone: (702) 792-3773**
**Facsimile: (702) 792-9002**
      **Email: ferrariom@gtlaw.com**
      **cowdent@gtlaw.com**
      **opiea@gtlaw.com**

*Attorneys for SHAC, LLC  dba Sapphire Gentlemen's Club,*
*SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **CORRISA JONES, on behalf of herself and on behalf of all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>**vs.**<br><br>**SHAC, LLC, D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC, DAVID MICHAEL TALLA and PETER FEINSTEIN,**<br><br>        **Defendants.** | **Case No. 2:15-cr-01382- RFB-CWH**<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE THEIR JOINT PRETRIAL MEMORANDUM [Dkt. 247]** |

COMES NOW, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and Carl A. Fitz, Esq., and hereby Stipulate to extend the deadline to February 17, 2020, for filing a Joint Pretrial Memorandum [Dkt. 247]. On October 30, 2019 the parties attended mediation and in principle reached a resolution to this case. The parties are working toward preparing settlement documents including a motion to approve settlement of FLSA claims and completing other conditions precedent to effectuating the settlement.

**IT IS SO STIPULATED.**

**CHESNOFF & SCHONFELD**

/s/ Richard A. Schonfeld
**DAVID Z. CHESNOFF, ESQ.**
**RICHARD A. SCHONFELD, ESQ.**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Tel.: [702] 38-5563**
**Counsel for Defendants**

**KENNEDY HODGES LLP**

/s/ Carl Fitz
**DAVID W. HODGES (admitted *pro hac vice*)**
**CARL FETZ (admitted *pro hac vice*)**
**4409 Montrose Blvd., Suite 200**
**Houston, Texas 77006**
**Counsel for Plaintiffs**

**IT IS ORDERED** that the Parties Joint Pretrial Memorandum [Dkt. 247] is now due on February 17, 2020.

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**
DATED this 19th day of December, 2019.