DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Email: dzchesnoff@cslawoffice.net
      rschonfeld@cslawoffice.net

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
TAMI D. COWDEN, ESQ
Nevada Bar No. 8994
LAYNE M. OPIE
Nevada Bar No. 12623
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
    Email: ferrariom@gtlaw.com
    cowdent@gtlaw.com
    opiea@gtlaw.com

*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORRISA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>SHAC, LLC, D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC, DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>          **Defendants.** | Case No. 2:15-cv-01382- RFB-CWH<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE THEIR JOINT PRETRIAL MEMORANDUM [Dkt. 247] AND FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT** |

COMES NOW, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and hereby Stipulate to extend the deadline to April 3, 2020, for filing a Joint Pretrial Memorandum [Dkt. 247] and for Defendants to Reply to the Opposition to their Motion for Reconsideration [Motion is located at Dkt 245]. On October 30, 2019 the parties attended mediation and in principle reached a resolution to this case. Thereafter the parties worked hard toward preparing settlement documents; however, a delay resulted from attorney Carl Fitz leaving the Kennedy Hodges LLP law firm. The parties are continuing their efforts to finalize the settlement documents as well as their efforts to complete other conditions precedent to effectuating the settlement.

**IT IS SO STIPULATED.**

| **CHESNOFF & SCHONFELD** | **KENNEDY HODGES LLP** |
|---|---|
| /s/ Richard A. Schonfeld | /s/ David W. Hodges |
| **DAVID Z. CHESNOFF, ESQ.**<br>**RICHARD A. SCHONFELD, ESQ.**<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Tel.: [702] 38-5563<br>**Counsel for Defendants** | **DAVID W. HODGES** (admitted *pro hac vice*)<br>4409 Montrose Blvd, Suite 200<br>Houston, Texas 77006<br>**Counsel for Plaintiffs** |

IT IS ORDERED that the Parties Joint Pretrial Memorandum [Dkt. 247] is now due on or before April 3, 2020.

IT IS FURTHER ORDERED that the Reply to the Opposition to the Motion for Reconsideration [Dkt. 245] is now due on or before April 3, 2020.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
February 7, 2020