**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Email: dzchesnoff @cslawoffice.net
      rschonfeld@cslawoffice.net

**MARK E. FERRARIO, ESQ.**
Nevada Bar No. 1625
**TAMI D. COWDEN, ESQ**
Nevada Bar No. 8994
**LAYNE M. OPIE**
Nevada Bar No. 12623
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
      Email: ferrariom@gtlaw.com
      cowdent@gtlaw.com
      opiea@gtlaw.com

*Attorneys for SHAC, LLC  dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORRISA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHAC, LLC, D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC, DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>    Defendants. | Case No. 2:15-cv-01382- RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE THEIR JOINT PRETRIAL MEMORANDUM [Dkt. 247] AND FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT** |

**COMES NOW**, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and hereby Stipulate to extend the deadline to June 3, 2020, for filing a Joint Pretrial Memorandum [Dkt. 247] and for Defendants to Reply to the Opposition to their Motion for Reconsideration [Motion is located at Dkt 245]. On October 30, 2019 the parties attended mediation and in principle reached a resolution to this case. Thereafter the parties worked hard toward preparing settlement documents; however, a delay resulted from attorney Carl Fitz leaving the Kennedy Hodges LLP law firm.

Thereafter, the parties continued their efforts to finalize the settlement documents; however, a dispute arose related to whether or not a specific term was to be included in the settlement. As a result, the parties have been conferring with the mediator in an attempt to resolve that remaining issue so that settlement documents can be finalized and the conditions precedent to effectuating the settlement can be accomplished.

**IT IS SO STIPULATED.**

| **CHESNOFF & SCHONFELD** | **KENNEDY HODGES LLP** |
|---|---|
| /s/ Richard A. Schonfeld | /s/ David W. Hodges |
| **DAVID Z. CHESNOFF, ESQ.** | **DAVID W. HODGES (admitted *pro hac vice*)** |
| **RICHARD A. SCHONFELD, ESQ.** | **4409 Montrose Blvd, Suite 200** |
| **520 South Fourth Street** | **Houston, Texas 77006** |
| **Las Vegas, Nevada 89101** | **Counsel for Plaintiffs** |
| **Tel.: [702] 38-5563** | |
| **Counsel for Defendants** | |

**IT IS ORDERED** that the Parties Joint Pretrial Memorandum [Dkt. 247] is now due on or before June 3, 2020.

**IT IS FURTHER ORDERED** that the Reply to the Opposition to the Motion for Reconsideration [Dkt. 245] is now due on or before June 3, 2020.

**IT IS SO ORDERED.**



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

April 1, 2020