**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Email: dzchesnoff@cslawoffice.net
       rschonfeld@cslawoffice.net

**MARK E. FERRARIO, ESQ.**
Nevada Bar No. 1625
**TAMI D. COWDEN, ESQ**
Nevada Bar No. 8994
**LAYNE M. OPIE**
Nevada Bar No. 12623
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
       Email: ferrariom@gtlaw.com
       cowdent@gtlaw.com
       opiea@gtlaw.com

*Attorneys for SHAC, LLC  dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORRISA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>SHAC, LLC, D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC, DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>          Defendants. | Case No. 2:15-cv-01382- RFB-NJK<br><br>STIPULATION TO EXTEND TIME FOR PARTIES TO FILE THEIR JOINT PRETRIAL MEMORANDUM [Dkt. 247] AND FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT |

**COMES NOW**, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and hereby Stipulate to extend the deadline for filing the Joint Pretrial Memorandum [Dkt. 247] and for Defendants to Reply to the Opposition to their Motion for Reconsideration [Motion is located at Dkt 245], to October 5, 2020.

On June 9, 2020, Class Plaintiffs filed their Motion for Approval of FLSA Collective Action Settlement [Dkt 264] and their Stipulated Motion to Partially Vacate Order Pursuant to Conditional Settlement Between Plaintiffs and Defendants [Dkt. 269]. Those Motions have not yet been ruled on. If those Motions are granted they are case dispositive.

As a result, the parties respectfully request that the deadline for filing the Joint Pretrial Memorandum and for Defendants to Reply to the Opposition to their Motion for Reconsideration be extended to October 5, 2020.

**IT IS SO STIPULATED.**

Dated this 3rd day of August, 2020.

| CHESNOFF & SCHONFELD | KENNEDY HODGES LLP |
|---|---|
| /s/ Richard A. Schonfeld | /s/ David W. Hodges |
| **DAVID Z. CHESNOFF, ESQ.** | **DAVID W. HODGES (admitted *pro hac vice*)** |
| **RICHARD A. SCHONFELD, ESQ.** | |
| **520 South Fourth Street** | **4409 Montrose Blvd, Suite 200** |
| **Las Vegas, Nevada 89101** | **Houston, Texas 77006** |
| **Tel.: [702] 38-5563** | **Counsel for Plaintiffs** |
| **Counsel for Defendants** | |

**IT IS ORDERED** that the Parties Joint Pretrial Memorandum [Dkt. 247] is now due on or before October 5, 2020.

**IT IS FURTHER ORDERED** that the Reply to the Opposition to the Motion for Reconsideration [Dkt. 245] is now due on or before October 5, 2020.

**IT IS SO ORDERED.**

Dated this  4th   day of August, 2020.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**