**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Email: dzchesnoff @cslawoffice.net
           rschonfeld@cslawoffice.net

**MARK E. FERRARIO, ESQ.**
Nevada Bar No. 1625
**ALAYNE M. OPIE**
Nevada Bar No. 12623
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
       Email: ferrariom@gtlaw.com
       cowdent@gtlaw.com
       opiea@gtlaw.com

*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **CORRISA JONES**, on behalf of herself and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>**SHAC, LLC, D/B/A SHAPPHIRE** [*sic*] **GENTLEMEN'S CLUB; SHAC MT, LLC, DAVID MICHAEL TALLA** and **PETER FEINSTEIN**,<br><br>        Defendants. | Case No. 2:15-cv-01382- RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE THEIR JOINT PRETRIAL MEMORANDUM [Dkt. 247] AND FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT** |

**COMES NOW**, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and hereby Stipulate as follows:

1. On December 21, 2020, the Honorable Court Ordered that the request to seal the Order Granting Partial Summary Judgment was denied [Dkt 280]. As a result, the Honorable Court Ordered that Defendants file their Reply to the Opposition to the Motion for Reconsideration [Dkt 245] by January 11, 2021. However, since that time the parties have agreed upon an amendment to the proposed FLSA Collective Action Settlement and are in the process of drafting said amendment. If this Honorable Court approves the FLSA Collection Action Settlement, as amended, it will render the Motion for Reconsideration Moot. The amended settlement will not include sealing or vacating the Order Granting Partial Summary Judgment;

2. Accordingly, the parties hereby stipulate that the Defendant's Reply to the Opposition to the Motion for Reconsideration (due on January 11, 2021) as well as the Joint Pretrial Memorandum (due on January 25, 2021), be due on February 5, 2021, so that the parties have an opportunity to

/ / /

prepare the amendment to the FLSA Collective Action Settlement and seek court approval of the same.

**IT IS SO STIPULATED.**

Dated this 5th day of January, 2021.

| | |
|---|---|
| **CHESNOFF & SCHONFELD** | **KENNEDY HODGES LLP** |
| /s/ Richard A. Schonfeld | /s/ David W. Hodges |
| **DAVID Z. CHESNOFF, ESQ.** | **DAVID W. HODGES (admitted *pro hac vice*)** |
| **RICHARD A. SCHONFELD, ESQ.** | |
| **520 South Fourth Street** | **4409 Montrose Blvd, Suite 200** |
| **Las Vegas, Nevada 89101** | **Houston, Texas 77006** |
| **Tel.: [702] 38-5563** | **Counsel for Plaintiffs** |
| **Counsel for Defendants** | |

# ORDER

**IT IS ORDERED** that the Parties Joint Pretrial Memorandum and the Reply to the Opposition to the Motion for Reconsideration [Dkt 245] are now due on February 5, 2021.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**