DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Email: dzchesnoff@cslawoffice.net
       rschonfeld@cslawoffice.net

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ALAYNE M. OPIE
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
       Email: ferrariom@gtlaw.com
       cowdent@gtlaw.com
       opiea@gtlaw.com

*Attorneys for SHAC, LLC  dba Sapphire Gentlemen's Club,
SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORRISA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>SHAC, LLC, D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC, DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>                Defendants. | Case No. 2:15-cv-01382- RFB-NJK<br><br>STIPULATION TO EXTEND TIME FOR PARTIES TO FILE THEIR JOINT PRETRIAL MEMORANDUM [Dkt. 247] AND FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING PARTIAL SUMMARY JUDGMENT [DKT 241] AND/OR TO ALTER JUDGMENT |

**COMES NOW**, Defendants SHAC, LLC, dba Sapphire Gentlemen's Club, SHAC MT, LLC, David Michael Talla, and Peter Feinstein (collectively "Defendants"), by and through their undersigned counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and Plaintiff Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs") by and through their counsel David W. Hodges, Esq., and hereby Stipulate as follows:

1. On December 21, 2020, the Honorable Court Ordered that the request to seal the Order Granting Partial Summary Judgment was denied [Dkt 280]. As a result, the Honorable Court Ordered that Defendants file their Reply to the Opposition to the Motion for Reconsideration [Dkt 245] by January 11, 2021, later extended to February 5, 2021, and currently due on February 11, 2021. However, the parties have agreed upon an amendment to the proposed FLSA Collective Action Settlement and have filed a Motion for approval of the FLSA Collection Action Settlement [Dkt 286].

2. Accordingly, the parties hereby stipulate that the deadline for the filing of Defendant's Reply to the Opposition to the Motion for Reconsideration (due on February 12, 2021) as well as the Joint Pretrial Memorandum (due on February 12, 2021), be stayed pending the Court's determination of the request for approval of the FLSA Collective Action Settlement [Dkt 286]. In the event that the Court does not approve the settlement, the Reply to the Opposition to the Motion for Reconsideration and the Joint Pretrial Memorandum would be due 14 days after the denial of the FLSA Collective Action Settlement;

3.	In the event that the Court approves the FLSA Collective Action Settlement, then there would be no need to file the Reply to the Opposition to the Motion for Reconsideration and the Joint Pretrial Memorandum as they will be rendered moot.

**IT IS SO STIPULATED.**

Dated this 11th day of February, 2021.

| | |
|---|---|
| **CHESNOFF & SCHONFELD** | **KENNEDY HODGES LLP** |
| /s/ Richard A. Schonfeld | /s/ David W. Hodges |
| **DAVID Z. CHESNOFF, ESQ.** | **DAVID W. HODGES (admitted *pro hac vice*)** |
| **RICHARD A. SCHONFELD, ESQ.** | 4409 Montrose Blvd, Suite 200 |
| 520 South Fourth Street | Houston, Texas 77006 |
| Las Vegas, Nevada 89101 | **Counsel for Plaintiffs** |
| Tel.: [702] 38-5563 | |
| **Counsel for Defendants** | |

## ORDER

**IT IS ORDERED** that the deadline for the filing of the Parties Joint Pretrial Memorandum and the Reply to the Opposition to the Motion for Reconsideration [Dkt 245] are hereby stayed pending the disposition of the Motion for approval of the FLSA Collective Action Settlement.

**IT IS FURTHER ORDERED**, that in the event that the Court does not approve the settlement, the Reply to the Opposition to the Motion for Reconsideration and the Joint Pretrial Memorandum will be due 14 days after the denial of the FLSA Collective Action Settlement.

**IT IS FURTHER ORDERED**, that in the event that the Court approves the FLSA Collective Action Settlement, then the Reply to the Opposition to the Motion for Reconsideration and the Joint Pretrial Memorandum will not need to be filed as they will be rendered moot.

Dated this  22nd  day of February, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**