MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE M. OPIE
Nevada Bar No. 12623
GREENBERG TRAURIG
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
ferrariom@gtlaw.com,
opiea@gtlaw.com

*Attorneys for SHAC, LLC dba Sapphire Gentlemen's Club,
SHAC MT, LLC, David Michael Talla, and Peter Feinstein*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORISSA JONES, on behalf of herself and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>vs.<br><br>SHAC, LLC D/B/A SHAPPHIRE [*sic*] GENTLEMEN'S CLUB; SHAC MT, LLC; DAVID MICHAEL TALLA and PETER FEINSTEIN,<br><br>  Defendants. | Case No. 2:15-cv-01382-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING MARIE TREIBEL** |
| SHAH, LLC,<br><br>  Counterclaimant,<br>Vs.<br><br>CORISSA JONES, and all others similarly situated who opt into this litigation,<br><br>  Counterdefendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs/Counter-Defendants, including Corissa Jones and all Plaintiffs who opted into the instant action ("Class Plaintiffs"), by and through their counsel of record, the law firm of Kennedy Hodges LLP, and Defendants/Counter-claimants SHAC, LLC, SHAC, MT, LLC, David Michael Talla and Peter

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Feinstein ("SHAC"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, as follows:

1. Opt-In Plaintiff, Marie Treibel, shall be dismissed from this action (consent to join originally filed on May 19, 2017 (Dkt. 65)). For avoidance of doubt, this stipulation does not affect Ms. Treibel's rights in connection with the wage and hour lawsuit pending in the Eighth Judicial District Court, District of Nevada, *Lily Shepard v. SHAC, LLC*, case no. A-15-715197-C, against Defendant SHAC, LLC (the same Defendant identified in this action). Ms. Treibel's dismissal from this action shall be without prejudice only in the event the prospective settlement in the *Shepard* action is not approved by the Court.

IT IS SO STIPULATED:

DATED this 17th day of May, 2021.                          DATED 17th day of May, 2021.

**GREENBERG TRAURIG, LLP**                                 **KENNEDY HODGES LLP**

By: /s/ Alayne Opie                                        By: /s/ David Hodges
MARK E. FERRARIO (NV 1625)                                 DAVID W. HODGES (admitted *pro hac vice*)
ALAYNE M. OPIE (NV 12623)                                  Texas Bar No. 00796765
10845 Griffith Peak Drive Suite 600                        4409 Montrose Blvd., Ste 200
Las Vegas, NV 89135                                        Houston, TX 77006
*Counsel for Defendants*                                   *Counsel for Plaintiffs*

**IT IS SO ORDERED** this 19th day of May, 2021.



RICHARD E. BOULWARE, II
United States District Court

ACTIVE 57577989v1